IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. ___21cr10256___ |
| ) | |
| KINGSLEY R. CHIN, ) | |
| ADITYA HUMAD, and ) | |
| SPINEFRONTIER, INC., ) | |
| ) | |
| Defendants ) | |

GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America hereby moves this

Court to direct that the indictment be sealed and that no person shall disclose the return of the

indictment except when necessary for the issuance and execution of a warrant until such time

that both defendants KINGSLEY R. CHIN and ADITYA HUMAD are in custody, at which

point the indictment shall be unsealed automatically.  As grounds for this motion, the

government states that public disclosure of these materials at this point might jeopardize the

government's ability to arrest the individual defendants.  Once the non-corporation defendants

are arrested, there is no need for the indictment to remain secret.  The United States further

moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned

counsel, be provided copies of all sealed documents that the United States has filed in this

matter.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

**ALLOWED David H. Hennessy U.S.M.J.**
Aug 30, 2021

By: _/s David G. Lazarus_____
DAVID G. LAZARUS
Assistant U.S. Attorney

Date:  August 30, 2021