AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| KINGSLEY R. CHIN, ADITYA HUMAD, and SPINEFRONTIER, INC. | ) ) ) ) ) | Case No. | 21cr10256 |
| *Defendant* | | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KINGSLEY R. CHIN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 371 (Count One) - Conspiracy to Violate the Anti-Kickback Statute
42 USC 1320a-7b (Counts Two-Seven) - Violations of the Anti-Kickback Statute
18 USC 1956(H) (Count Eight) - Conspiracy to Launder Money

Date: **Aug 30, 2021**

*Issuing officer's signature*

City and state:   Worcester, Massachusetts            David H. Hennessy, U.S.M.J.

*Printed name and title*

| **Return** | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | *Arresting officer's signature* |
| | *Printed name and title* |