UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 1:21-cr-10256-RWZ |
| ) | |
| KINGSLEY R. CHIN, ) | |
| ADITYA HUMAD, and ) | |
| SPINEFRONTIER, INC., ) | |
| ) | |
| Defendants ) | |

GOVERNMENT'S MOTION TO UNSEAL

The United States of America hereby moves this Court to direct that this case, 1:21-cr-10256-RWZ be unsealed. In support of this motion the United States provides that there is no need for the indictment to remain secret. The United States respectfully requests the case be unsealed and that a summons issue for the corporate defendant, SPINEFRONTIER, INC.

WHEREFORE, the United States requests the case be unsealed.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s David G. Lazarus
DAVID G. LAZARUS
Assistant U.S. Attorney

Date: September 7, 2021