**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> KINGSLEY R. CHIN, <br> ADITYA HUMAD, and <br> SPINEFRONTIER, INC., <br><br> Defendants | ) <br> ) <br> ) <br> )   Case No. 21-CR-10256-RWZ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for Dr. Kingsley R. Chin and SpineFrontier, Inc.,

in the above-captioned matter.

Respectfully submitted,

Date: September 20, 2021

/s/ *William W. Weinreb*
William D. Weinreb (BBO#557826)
QUINN EMANUEL URQUHART & SULLIVAN LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: 617-712-7100
billweinreb@quinnemanuel.com

*Attorney for Defendants Kingsley R. Chin, M.D and*
*SpineFrontier, Inc*

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that this document filed today through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent by U.S. Mail to those indicated as non-registered participants on September 20, 2021.

                                      */s/ William D. Weinreb*
                                       William D. Weinreb