UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(1) KINGSLEY R. CHIN, )<br>(2) ADITYA HUMAD, and )<br>(3) SPINEFRONTIER, INC. )<br>)<br>             Defendants. ) | Criminal No. 21-CR-10256-RWZ |

## NOTICE OF APPEARANCE

Please enter and add the appearance of Assistant United States Attorney Christopher Looney for the United States of America in the above-captioned matter.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:  /s/ Christopher R. Looney
CHRISTOPHER R. LOONEY
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: September 30, 2021

Certificate of Service

     I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the defendants, who are registered participants as identified on the Notice of Electronic Filing (NEF).

|  |  |
|---|---|
|  | By: */s/ Christopher Looney* <br> Christopher Looney <br> Assistant United States Attorney |

Dated: September 30, 2021