# Broward County

Transaction #: 11766265

Receipt #: 9237976

**BROWARD COUNTY BOARD OF COUNTY COMMISSIONERS**

Records, Taxes & Treasury Division
115 South Andrews Avenue Rm 114
Fort Lauderdale, FL 33301
Tel. (954) 831-4000   Fax (954) 357-7267
http://www.Broward.org/RecordsTaxesTreasury

Cashier Date: 10/13/2021   3:05:51PM

Print Date: 10/13/2021   3:05:54PM

VANESSA CHIN
3328 NE 16TH CT
FORT LAUDERDALE, FL 33305

### Payment Summary

| | |
|---|---|
| Total Fees | $1,822.31 |
| Total Payments | $1,822.31 |
| | $0.00 |

## 1 Payment

**Credit**  $1,822.31

Credit Card Convenience Fee   1   45.31

## 1 Official Record

It is the responsibility of our customers to inspect their recording receipt, to verify the accuracy of the information keyed. Should you find a mistake, please contact us immediately and the correction will be made within 24 business hours after notification. Submit corrections to: records@broward.org

**Mortgage/ Modifications & Assumptions**

Instrument #: 117657945   Date: 10/13/2021   3:05:50PM

Mortgagor / Borrower: CHIN, KINGSLEY R
                                     CHIN, VANESSA D

Mortgagee / Lender: UNITED STATES CLERK DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Recording @ 1st=$10 Add'l=$8.50 ea. | 3 | 27.00 |
| Mortgage Doc Stamps @ $0.35 per $100 | 500,000 | 1,750.00 |

INSTR # 117687946
Recorded 10/13/21 at 03:05 PM
Broward County Commission
3 Page(s)
Mtg Doc Stamps: $1750.00
Int Tax $0.00
#1

## MORTGAGE

THIS MORTGAGE is made this __6th__ day of __October__ 20__21__, between __Dr. Kingsley R Chin__, presently residing at __33328 NE 16th Ct, Fort Lauderdale, FL 33305__ (herein "Mortgagor(s)"), and the Clerk of the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts (herein "Mortgagee").

WITNESSETH, for consideration paid and to secure a personal bond of even date for __Dr. Kingsley R Chin__ (herein "Defendant"), in Criminal No. __21cr10256__, before the United States District Court for the District of Massachusetts (herein "Court"), in the amount of __Five Hundred Thousand__ ($__500,000__) Dollars executed by the Defendant and the Mortgagor(s) in favor of the United States of America, and to secure due observance and performance of the obligation, terms, and conditions as set forth in an Order Setting Conditions of Release as pronounced in court on October 6, 20 __21__, and filed with the Court, and to further secure the performance of all other covenants and agreements of or by the Defendant and Mortgagor(s) herein for the benefit of the Mortgagee, which may now exist or may hereafter exist or accrue while this Mortgage is still undischarged of record, and in furtherance of and pursuant to an escrow agreement made this day between the Mortgagor(s), the United States Attorney for the District of Massachusetts and the Mortgagee, the Mortgagor(s) hereby mortgage, with power of sale, the following parcel of real property, with the following covenants thereon, situate, lying and being in the County of _____, Commonwealth of Massachusetts, and more particularly described in the following deed:

A deed from _____
to _____
dated _____, 20___, and recorded in the _____ County Registry of Deeds at
Book _____, Page _____;

TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, rents royalties, mineral, oil and gas rights and profits, water, water rights, and water stock, and all fixtures now or hereafter attached to the property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the property covered by this Mortgage; and all of the foregoing, together with said property are hereinafter referred to as the "Property."

-2-

THE MORTGAGOR(S) covenant with the Mortgagee as follows:

1. That the Mortgagor(s) shall pay the indebtedness as hereinbefore provided.

2. That the Mortgagor(s) will keep the Property insured against loss by fire or hazards included within the term "extended coverage" for the benefit of the Mortgagee; that the Mortgagor(s) will assign and deliver the policies to the Mortgagee; and that the Mortgagor(s) will reimburse the Mortgagee for any premiums paid or insurance made by the Mortgagee on the Mortgagor(s)'s default in so insuring the Property or in so assigning and delivering the policies. However, the Mortgagee shall never be required to maintain insurance of any type or description on the Property.

3. That the Mortgagor(s) shall keep the Property in good repair and shall not commit waste or permit impairment or deterioration of the Property, and no building on the Property shall be removed or demolished without the consent of the Mortgagee.

4. That the Mortgagor(s) will pay all taxes, assessments or water rates, and in default thereof, the Mortgagee may, but is not required to, pay the same. In the event that the Mortgagee elects not to pay the same, the Mortgagee is not required to so notify the Mortgagor(s).

5. That the proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation or other taking of the Property, or part thereof, or for conveyance in lieu of condemnation, said proceeds not to exceed the dollar amount of the personal bond secured by this Mortgage, shall be delivered to the Mortgagee, who shall hold such proceeds in a non-interest bearing escrow account until either (A) the personal bond has been discharged by the Court, whereupon, and only upon an order of the Court, the Mortgagee shall deliver said proceeds to the Mortgagor(s), or (2) the Defendant fails to observe the Order Setting Conditions of Release and is defaulted by a judicial officer of the Court, whereupon the proceeds shall be disbursed for the benefit of the United States of America in accordance with, and only upon, an order of the Court.

6. That notice and demand or request may be made in writing and may be served in person or by mail.

7. That the Mortgagor(s) will warrant and defend the title to the Property against all claims and demands.

8. That the Mortgagor(s) will create no further encumbrances of any kind against the Property.

9. That the Mortgagor(s), in case a sale shall be made under the power of sale, will, upon request, execute, acknowledge and deliver to the purchaser or purchasers a deed or deeds of release confirming such sale, and that the Mortgagee is appointed and

This Document Prepared By and Return to:
Steven E. Wallace, Esq.
The Wallace Law Group, P.L.
1375 Gateway Boulevard
Boynton Beach, Florida 33426

Parcel ID Number: 494331010690

# Warranty Deed

**This Indenture,** Made this 7th day of May, 2015 A.D., Between Joseph L. Blomberg, a single man and Gary L. Stephens, a single man as Joint Tenants with Right of Survivorship

of the County of **Broward**, State of **Florida**, grantors, and

Kingsley Chin, a single man and Vanessa Dudley, a single woman, as Joint Tenants with Right of Survivorship

whose address is: 3328 NE 16th Court, Fort Lauderdale, FL 33305

of the County of **Broward**, State of **Florida**, grantees.

**Witnesseth** that the GRANTORS, for and in consideration of the sum of
------------------------TEN DOLLARS ($10)------------------------ DOLLARS, and other good and valuable consideration to GRANTORS in hand paid by GRANTEES, the receipt whereof is hereby acknowledged, have granted, bargained and sold to the said GRANTEES and GRANTEES' heirs, successors and assigns forever, the following described land, situate, lying and being in the County of **Broward** State of **Florida** to wit:

Lot 20, Block 11, Las Olas By The Sea Extension, according to the map or plat thereof as recorded in Plat Book 3, Page 8, Public Records of Broward County, Florida.

and the grantors do hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

Laser Generated by © Display Systems, Inc, 2015 (863) 763-5555 Form FLWD-2

## Warranty Deed - Page 2

Parcel ID Number: 494331010690

In Witness Whereof, the grantors have hereunto set their hands and seals the day and year first above written.

Signed, sealed and delivered in our presence:

Printed Name: MAURO G. DUTRA
Witness

_____ (Seal)
Joseph L. Blomberg
P.O. Address: 3320 NE 32nd Street, Fort Lauderdale, FL 33308

Printed Name: Steven
Witness

_____ (Seal)
Gary L. Stephens
P.O. Address: 3320 NE 32nd Street, Fort Lauderdale, FL 33308

STATE OF Florida
COUNTY OF Broward

The foregoing instrument was acknowledged before me this **7th** day of **May**, 2015 by Joseph L. Blomberg, a single man and Gary L. Stephens, a single man

who are personally known to me or who have produced their **Florida driver's license** as identification.

Printed Name: Steven S Wall
Notary Public
My Commission Expires: 11/24/17

STEVEN E. WALLACE
MY COMMISSION #FF069851
EXPIRES November 24, 2017
(407) 398-0153   FloridaNotaryService.com

CHIN

Laser Generated by © Display Systems, Inc., 2015  (863) 763-5555  Form FLWD-2

# MASSACHUSETTS QUIT CLAIM DEED

I/We __Kingsley and Vanessa Chin__ with a street address of __33328 NE 16th Street__ in the City of __Fort Lauderdale__ State of __Florida__ (the "Grantor(s)") being ☒ Married ☐ Unmarried.

For consideration paid in the amount of _____ Dollars ($_____), releases and quitclaims to __the United States of America__ with a street address of __1 Courthouse Way__ in the City of __Boston__ State of __Massachusetts__ (the "Grantee(s)") as:

☐ Husband and wife, tenants by the entirety  ☐ Joint tenants  ☐ Tenants in common

*with Quitclaim Covenants*

A certain parcel of land with the buildings thereon situated with a street address of __33328 NE 16th Street__ in the City of __Fort Lauderdale__ State of __Florida__ being shown as _____ and recorded with _____ (Name of deed registry location with original description) in Book _____ and Page _____ and being bounded and described as follows:

_____

_____

containing _____ square feet of land, more or less.

© 2016 DeedForms.org ALL RIGHTS RESERVED

STATE OF FLORIDA

COUNTY OF Broward,

On the 14th day of October, 20 21 before me, the undersigned notary public, personally appeared

Kingsley Chin

proved to me through satisfactory identification of Florida drivers license, to be the person(s) whose name(s) is/are signed above who personally executed such document in my presence, acknowledged to me that he/she/they signed it voluntarily for its stated purpose and swore or affirmed to me that all statements made herein are true, accurate and complete.

Brian P Michalzen

Notary Public

My commission expires: 09/26/25

[Affix seal here]

> BRIAN PATRICK MICHALZEN
> Notary Public - State of Florida
> Commission # HH 179351
> My Comm. Expires Sep 26, 2025
> Bonded through National Notary Assn.

© 2016 DeedForms.org ALL RIGHTS RESERVED

## ESCROW AGREEMENT

ESCROW AGREEMENT entered into this <u>14th</u> day of <u>October, 2021</u>, among <u>Kingsley Chin, M.D.</u> (herein "Surety"), Carmen M. Ortiz, in her official capacity as United States Attorney for the District of Massachusetts (herein "United States Attorney"), and Robert M. Farrell, in his official capacity as Clerk of the United States District Court for the District of Massachusetts (herein "Escrow Agent").

WHEREAS the Surety is desirous of effecting the release of <u>Kingsley Chin, M.D.</u> (herein "Defendant") in Criminal No. <u>21-10256-RWZ</u>, on the terms and conditions of bail set forth in an Order Setting Conditions of Release (herein "Bail Order") dated <u>10/06/21 (Dkt. 45)</u>, and entered by the Honorable <u>Page Kelley</u>, United States District Judge/Magistrate Judge, and has agreed to execute a personal bond in the amount of <u>five hundred thousand dollars</u> ($_____) Dollars (herein "Personal Bond") to secure the Defendant's compliance with the terms and conditions of the Bail Order.

NOW THEREFORE, in consideration of the mutual covenants and agreements contained herein, the parties hereto agree as follows:

1. The Surety shall execute a quitclaim deed to the parcel of real property located at <u>3330533328 NE 16th Court, Ford Lauderdale, FL</u> in favor of the United States of America, and deliver said deed to the Escrow Agent to be held in escrow pursuant to the terms of this Agreement.

2. The Surety further agrees to execute any additional documents and take any action necessary to effectuate the transfer of said parcel of real property and facilitate the sale of such property in the event that the Defendant is in default of the terms and conditions of the Bail Order or Personal Bond.

3. The Escrow Agent shall hold the quitclaim deed in escrow under the following terms and conditions:

    A. In the event that the Defendant fails to appear as required at all proceedings in Criminal No. <u>21-10256-RWZ</u> or otherwise violates any condition of bail, and Defendant is declared to be in default by a judicial officer of the United States District Court for the District of Massachusetts, then, upon order of the Court, and in lieu of or in addition to foreclosure proceedings on any mortgage granted by the Surety, the Escrow Agent shall tender the quitclaim deed to the United States Attorney, and he shall cause the same to be immediately recorded without notice to the Surety. Any requirement that foreclosure proceedings be commenced upon any mortgage granted by the Surety in connection with Criminal No. <u>21-10256-RWZ</u> is expressly waived by the Surety.

-2-

B. This Agreement shall terminate upon the final disposition of Criminal No. 21-10256-RWZ and written discharge of the bond provided to the Surety by the United States of America. Upon such termination, and upon order of the Court, the Escrow Agent shall deliver the quitclaim deed to the Surety.

4. The validity and construction of this Agreement shall be governed by the law of the Commonwealth of Massachusetts.

5. This Escrow Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors, assigns and personal representatives.

IN WITNESS WHEREOF, the parties here have caused this Agreement to be executed as of the date first written above.

ESCROW AGENT:

ROBERT M. FARRELL,
CLERK OF COURT

By: _____
    Deputy Clerk

CARMEN M. ORTIZ,
UNITED STATES ATTORNEY

By: _____
    Asst. United States Attorney

SURETY:

_Kingsley Chin_ (signature)

COMMONWEALTH OF MASSACHUSETTS  [handwritten: Florida (BM)]
SUFFOLK, SS [handwritten: Broward County] On _October 14th, 2021_

Then personally appeared _Kingsley Chin_

and acknowledged the foregoing to be ~~true~~ free act and deed before me.

_Brian P Michalzen_ (signature)
NOTARY PUBLIC

My Commission Expires: _09/25/25_

BRIAN PATRICK MICHALZEN
Notary Public - State of Florida
Commission # HH 179351
My Comm. Expires Sep 26, 2025
Bonded through National Notary Assn.

-3-

constituted the attorney irrevocable of the Mortgagor(s) to execute and deliver to said purchaser a full transfer of all policies of insurance on the Property at the time of such sale.

10. That the holder of this Mortgage, in any action to foreclose it, shall be entitled to the appointment of a receiver.

11. Notwithstanding any other agreement between the Mortgagor(s) and Mortgagee, or any provision of law, the Mortgagee shall not be required to discharge this Mortgage except upon order of the Court. It shall be the obligation of the Mortgagor(s) to furnish the Mortgagee with a certified copy of said order.

IN WITNESS WHEREOF, this Mortgage has been duly executed by the Mortgagor(s).

_Kingsley R. Chin_    _Vanessa D. Chin_

_[signature]_    _Vanessa D. Chin_

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                                on October 12, 2021

Then personally appeared _Vanessa Chin + Kingsley R. Chin_ and acknowledged the foregoing to be __X__ free act and deed before me.

_[signature]_
NOTARY PUBLIC

My Commission Expires: 3/24/2024

(MORTGAGE FORM.wpd - 05/2001)



STEVEN JUDE LEONE
Notary Public - State of Florida
Commission #GG965534
My Comm. Expires Mar 24, 2024
Bonded Through National Notary Assn.