# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KINGSLEY R. CHIN, et. al.<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 1:21-cr-10256-RWZ<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please note the withdrawal of David G. Lazarus as counsel for the United States of America in this matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　NATHANIEL R. MENDELL
　　　　　　　　　　　　　　　　　　　ACTING UNITED STATES ATTORNEY

Dated: November 4, 2021　　　　　　　*/s David G. Lazarus*
　　　　　　　　　　　　　　　　　　　DAVID G. LAZARUS
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　(617) 748-3100
　　　　　　　　　　　　　　　　　　　David.lazarus2@usdoj.gov