# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC.,<br><br>Defendants. | )<br>)<br>)<br>)  Criminal No. 1:21-cr-10256-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Joshua L. Solomon, hereby enters his appearance in the above-captioned matter on behalf of Defendants Kingsley R. Chin and SpineFrontier, Inc.

December 1, 2022

Respectfully submitted,

  /s/ Joshua L. Solomon
Joshua L. Solomon (BBO #657761)
POLLACK SOLOMON DUFFY LLP
31 St. James Avenue, Suite 940
Boston, MA 02116
(617) 439-9800
jsolomon@psdfirm.com

**Certificate of Service**

  The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF December 1, 2022.

                     _/s/ Joshua L. Solomon_____