**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) )   Criminal No. 1:21-cr-10256-RWZ |
| KINGSLEY R. CHIN, ADITYA HUMAD, and SPINEFRONTIER, INC., | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Barry S. Pollack, hereby enters his appearance in the above-captioned matter on behalf of Defendants Kingsley R. Chin and SpineFrontier, Inc.

December 1, 2022

Respectfully submitted,

 /s/ Barry S. Pollack
Barry S. Pollack (BBO #642064)
POLLACK SOLOMON DUFFY LLP
31 St. James Avenue, Suite 940
Boston, MA 02116
(617) 439-9800
bpollack@psdfirm.com

2

**Certificate of Service**

    The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF December 1, 2022.

                                                                                                                    /s/ Barry S. Pollack_____