# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC.,<br><br>Defendants. | )<br>)<br>)<br>)  Criminal No. 1:21-cr-10256-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

## KINGSLEY R. CHIN'S AND SPINEFRONTIER, INC.'S
## ASSENTED-TO MOTION TO RESCHEDULE

Defendants Kinglsey R. Chin and SpineFrontier, Inc. respectfully submit this motion, with the assent of the government and defendant Aditya Humad, to reschedule the February 23, 2023 status conference to a date on or after February 27, 2023.

The Court recently scheduled the status conference for February 23, 2023, following the parties' submission of a joint status report. February 23 is during the Massachusetts public schools' February break. Both counsel who have appeared for Dr. Chin and SpineFrontier will be on vacation with their families that week.

Counsel for the government and Mr. Humad have assented to this request that the Court move the status conference to a date following school break week.

                                              Respectfully submitted,

                                              /s/ Joshua L. Solomon
                                              Barry S. Pollack (BBO #642064)
                                              Joshua L. Solomon (BBO #657761)
                                              POLLACK SOLOMON DUFFY LLP
                                              31 St. James Avenue, Suite 940
                                              Boston, MA 02116
                                              (617) 439-9800
                                              bpollack@psdfirm.com
                                              jsolomon@psdfirm.com

2

## Certificate of Service

  The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF December 26, 2022.

                   /s/ Joshua L. Solomon