# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES OF AMERICA,  )  )  v.  )  )  KINGSLEY R. CHIN, ADITYA  )  HUMAD, and SPINEFRONTIER,  )  INC.,  )  )  Defendants  )  ) | Criminal No. 1:21-cr-10256-RWZ |

### **DEFENDANT KINGSLEY CHIN'S NOTICE RE: CHANGE OF RESIDENCE**

Defendant Kinglsey R. Chin, through his undersigned counsel, respectfully submits this notice concerning a change of his residence.

This Court's order setting Dr. Chin's conditions of pre-trial release requires him to "advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number." (Dkt. No. 51.) Dr. Chin has informed his supervising officer of a planned change of his residential address. The supervising officer has requested that Dr. Chin also inform the Court of this change, and thus he provides this notice in accordance with the supervising officer's request. To avoid placing a home address in the public record, Dr. Chin does not here provide the specific address for his new residence, which is approximately five miles from his current address, but has provided the precise address to his supervising officer.

        Respectfully submitted,
        /s/ Joshua L. Solomon
        Barry S. Pollack
        Joshua L. Solomon
        POLLACK SOLOMON DUFFY LLP
        31 St. James Avenue, Suite 940
        Boston, MA 02116
        (617) 439-9800
        bpollack@psdfirm.com
        jsolomon@psdfirm.com

## Certificate of Service

The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on April 19, 2023.

/s/ Joshua L. Solomon