UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KINGSLEY R. CHIN, )<br>ADITYA HUMAD, and )<br>SPINEFRONTEIR, INC., )<br>    Defendants ) | No. 21-CR-10256 |

## NOTICE OF APPEARANCE

Now comes the undersigned and hereby enters his appearance in the above-captioned matter for Movant and proposed Intervenor, Jason Montone.

                                                Respectfully Submitted,

                                                **/s/ Michael Pabian**
                                                Michael Pabian, Esq.
                                                Mass. Bar No. 684589
                                                20 Park Plaza, Suite 1000
                                                Boston, MA 02116
                                                (617) 227-3700
                                                pabianlaw38@gmail.com

Dated: September 11, 2023

## CERTIFICATE OF SERVICE

    I, Michael Pabian, hereby certify that on this date, September 11, 2023, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                        **/s/ Michael Pabian**
                                        Michael Pabian, Esq.