# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC.,<br><br>　　　　　　　　Defendants. | )<br>)<br>)　No. 1:21-cr-10256-IT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that Assistant United States Attorney David J. Derusha withdraws his appearance as counsel for the United States of America in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JOSHUA S. LEVY
　　　　　　　　　　　　　　　　　　Acting United States Attorney

Dated: November 22, 2023　　By:　　/s/ David J. Derusha
　　　　　　　　　　　　　　　　　　DAVID J. DERUSHA
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　(617) 748-3104
　　　　　　　　　　　　　　　　　　david.derusha@usdoj.gov