UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 21-cr-10256-IT |
| ) | |
| KINGSLEY R. CHIN, ) | |
| ADITYA HUMAD, and ) | |
| SPINEFRONTIER, INC., ) | |
| ) | |
| Defendants ) | |

[PROPOSED]
ORDER ON EXCLUDABLE TIME

Upon consideration of the United States' unopposed motion for the exclusion of time, and for good cause shown, it is

ORDERED that in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), and in the interests of justice, this Court hereby excludes the time as to the defendants, Kingsley R. Chin, Aditya Humad, and SpineFrontier, Inc., from December 8, 2023 to and including September 9, 2024.

IT IS SO ORDERED, this 14 day of December, 2023.

_____
THE HONORABLE INDIRA TALWANI
UNITED STATES DISTRICT JUDGE