# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES,

    v.

KINGLEY R. CHIN,
ADITYA HUMAD, and
SPINEFRONTIER, INC.,
    *Defendants*.

No. 1:21-cr-10256-IT

## ASSENTED-TO MOTION TO MODIFY AMENDED PRETRIAL ORDER [D.E. 167]

Defendant Aditya Humad respectively requests this Court modify its Amended Pretrial Order [D.E. 167] by rescheduling the Final Pretrial Conference from October 3, 2024, at 2:30 pm to September 26, 2024, at 2:30 pm, to accommodate his undersigned counsel's religious observance of Rosh Hashanah on October 3 and 4, 2024.

Mr. Humad seeks no other modifications to the Amended Pretrial Order.

Counsel for the government, Defendants Kingsley Chin, and Defendant SpineFrontier, Inc., are available for the Final Pretrial Conference on September 26, 2024, at 2:30 pm, and all Parties assent to the relief sought herein, which would not affect the scheduling of the trial itself.

Respectfully submitted,

/s/ *Daniel N. Marx*
Daniel N. Marx (BBO #674523)
William W. Fick (BBO #650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA  02110
(857) 321-8360
dmarx@fickmarx.com
wfick@fickmarx.com

Dated: April 26, 2024

1

## **CERTIFICATE OF SERVICE**

I, Daniel N. Marx, certify that this document filed on April 26, 2024, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Daniel N. Marx*
Daniel N. Marx
