UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC.,<br><br>     Defendants. | No. 1:21-cr-10256-IT |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Notice is hereby given that Assistant United States Attorney Patrick M. Callahan withdraws his appearance as counsel for the United States of America in the above-captioned matter.

                Respectfully submitted,

                JOSHUA S. LEVY
                Acting United States Attorney

Dated: July 26, 2024    By: /s/ *Patrick M. Callahan*
                PATRICK M. CALLAHAN
                Assistant United States Attorney
                United States Attorney's Office
                1 Courthouse Way, Suite 9200
                Boston, MA 02210
                (617) 748-3268
                patrick.callahan@usdoj.gov