# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC.,<br><br>Defendants. | Criminal No. 1:21-10256-IT |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the United States in the above captioned matter.

Dated: July 29, 2024

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

*/s/ Mackenzie A. Queenin*
Mackenzie A. Queenin
Assistant U.S. Attorney
1 Courthouse Way
John Joseph Moakley U.S. Courthouse
Boston, MA 02210
(617) 748-3100

**CERTIFICATE OF SERVICE**

I, Mackenzie A. Queenin, certify that on this 29th day of July 2024, I caused this document to be filed via the ECF system.

>*/s/ Mackenzie A. Queenin*
>Mackenzie A. Queenin
>Assistant U.S. Attorney

Dated: July 29, 2024