# STRONG & HANNI
## LAW FIRM

A PROFESSIONAL CORPORATION

SALT LAKE CITY OFFICE
102 SOUTH 200 EAST, SUITE 800
SALT LAKE CITY, UT 84111

WWW.STRONGANDHANNI.COM

MICHAEL J. MILLER
DIRECT DIAL – 801-323-2115
MOBILE – 801-243-4963
FACSIMILE – 801-596-1508
E-MAIL – mmiller@strongandhanni.com
Licensed in UT, WA, MT, CO

October 10, 2024

<u>VIA FEDEX DELIVERY</u>

Gail Marchione
Deputy Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE:    *United States of America v. Kingsley Chin, et al.*
Case No. 1:21-cr-10256-IT
Strong & Hanni and Peter J. Baxter's Response to Subpoena from U.S. Attorney

Dear Ms. Marchione:

Pursuant to Judge Talwani's Memorandum & Order (dated June 7, 2024) [Doc. No. 179] and in response to the Subpoena (dated August 20, 2024) directed to the law firm of Strong & Hanni, P.C., enclosed please find the following:

1. Sealed envelope containing responsive documents to the Subpoena, Bates stamped SH_000001 – SH_000869
2. Privilege log for the produced documents SH_000001 – SH_000869
3. Sealed envelope containing documents that are mixed privileged and non-privileged (the privileged portion of those documents are redacted) with the following Bates stamped pages:

   - SH_000326 – SH_000329
   - SH_000337 – SH_000343
   - SH_000350 – SH_000357
   - SH_000384 – SH_000389
   - SH_000390 – SH_000401
   - SH_000587 – SH_000592
   - SH_000595 – SH_000605
   - SH_000608 – SH_000616

*United States of America v. Kingsley Chin, et al.*
October 10, 2024
Page 2

- SH_000635 – SH_000642
- SH_000668 – SH_000670
- SH_000689 – SH_000692
- SH_000722 – SH_000727
- SH_000752 – SH_000760
- SH_000761 – SH_000769
- SH_000844 – SH_000851
- SH_000856 – SH_000865

As stated in the Order, these documents are to remain under seal unless and until Defendants invoke an advice/involvement-of-counsel defense, at which point the court will "refer review of the sealed documents produced in any response to any such subpoena to the magistrate judge assigned to this matter for in camera review, unseal those documents relating to the subject matter of the Letters, and order them produced to the government."

As stated in a separate email response to the U.S. Attorney's office, former Strong & Hanni attorney Peter J. Baxter does not have any responsive documents in his possession.

We appreciate your assistance in this matter.

Very truly yours,

STRONG & HANNI

Michael J. Miller

cc:    VIA U.S. MAIL AND E-MAIL
       **WITHOUT ENCLOSURES**
       Chris Looney
       U.S. Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       Christopher.Looney@usdoj.gov

       VIA U.S. MAIL AND E-MAIL
       **WITHOUT ENCLOSURES**
       Joshua L. Solomon
       POLLACK, SOLOMON DUFFY, LLP
       31 St. James Ave., Suite 940
       Boston, MA 02116
       jsolomon@psdfirm.com