# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>KINGSLEY R. CHIN and<br>ADITYA HUMAD,<br>    *Defendants*. | No. 1:21-cr-10256-IT |

## ASSENTED-TO MOTION TO MODIFY AMENDED PRETRIAL ORDER

Defendants Kinglsey Chin and Aditya Humad, with the assent of the government, respectfully request the Court modify its Amended Pretrial Order [ECF No. 197] as follows:

- That the deadline in Section II.B for Oppositions to any motion *in limine* and any objections to the other side's proposed voir dire questions and jury instructions be extended one week, from February 24, 2025, to March 3, 2025;

- That the deadlines in Section IV for final pretrial filings be extended by one week, from March 3, 2025, to March 10, 2025.

As grounds for this request, undersigned counsel state that the requested adjustments will accommodate travel and other obligations of counsel during February school vacation week (February 16-22). In addition, the requested adjustments will better enable the parties to narrow areas of disagreement, *e.g.,* by providing a window of time between defendants' disclosures of their witnesses and exhibits to the government (Section III) and the parties' deadline for joint pretrial filings including final exhibit lists (Section IV), both of which are currently set to occur on the same day (March 3, 2025).

Respectfully submitted,

**KINGSLEY CHIN**

By his attorneys,

/s/ *Joshua Solomon*
Barry S. Pollack (BBO #642064)
Joshua L. Solomon (BBO #657761)
POLLACK SOLOMON DUFFY LLP
31 St. James Avenue, Suite 940
Boston, MA 02116
(617) 439-9800
BPOLLACK@PSDFIRM.COM
JSOLOMON@PSDFIRM.COM

**ADITYA HUMAD**

By his attorneys,

/s/ *William Fick*
Daniel N. Marx (BBO #674523)
William W. Fick (BBO #650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
DMARX@FICKMARX.COM
WFICK@FICKMARX.COM

Dated: February 3, 2025

## CERTIFICATE OF SERVICE

The undersigned certifies that this document, filed on February 3, 2025, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                                                   */s/ William Fick*