UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br>ADITYA HUMAD<br><br>　　　　　　Defendants. | No. 1:21-cr-10256-IT |

## MOTION FOR EXTENSION OF TIME

The government moves for a three-day extension of time, until February 24, 2025, to respond to the defendants' Motion for Continuance and Brady Violations at Dkt. 238. As grounds therefore, the government initially estimated it would need only seven days to respond to the defendants' motion, but requests additional time over the weekend in light of ongoing trial preparations and the fact that a fourteen-day response time is permitted under the Local Rule 7.1(b)(2).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LEAH B. FOLEY
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　*/s/ Mackenzie A. Queenin*
　　　　　　　　　　　　　　　　　　　ABRAHAM GEORGE
　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. LOONEY
　　　　　　　　　　　　　　　　　　　MACKENZIE A. QUEENIN
　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Mackenzie Queenin, hereby certify that the parties have conferred and in good faith have attempted to narrow the issue before the Court. As of the filing, the defendants have not indicated whether they oppose or assent.

Date: February 21, 2025          */s/ Mackenzie A. Queenin*
                                  MACKENZIE A. QUEENIN

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on February 21, 2025, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) (with paper copies to be sent to those indicated as non-registered participants).

*/s/ Mackenzie A. Queenin*
MACKENZIE A. QUEENIN
Assistant United States Attorney