# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>KINGSLEY R. CHIN and<br>ADITYA HUMAD,<br>      *Defendants*. | No. 1:21-cr-10256-IT |

## DEFENDANT KINGSLEY CHIN'S RESPONSE
## TO COURT'S ORDER RE SEVERANCE

Defendant Kingsley Chin respectfully submits this response to the Court's Order dated March 5, 2025 (ECF No. 290), directing him to state his position as to the government's position that a severance should be ordered.

Under the circumstances, including the rulings on privilege waiver by the Court and Mr. Humad's different plans to use evidence of the presence of SpineFrontier's counsel to negate the existence of *mens rea*, Dr. Chin consents to a severance, while maintaining his position that this and other recent events in the case over the past few weeks require a continuance for a fair trial.

Respectfully submitted,

**KINGSLEY CHIN**

By his attorneys,

/s/ Joshua L. Solomon
Barry S. Pollack (BBO #642064)
Joshua L. Solomon (BBO #657761)
POLLACK SOLOMON DUFFY LLP
31 St. James Avenue, Suite 940
Boston, MA 02116
(617) 439-9800
bpollack@psdfirm.com
jsolomon@psdfirm.com

**Certificate of Service**

    The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on March 6, 2025.

                                                     /s/ Joshua L. Solomon