# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

**Case Caption:** United States of America v. Kingsley R. Chin

**District Court Number:** 21cr10256-IT-1

**Fee:** Paid? Yes _X_ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No ____

**Motions Pending** Yes _X_ No ____   (see attached addendum)
*If yes, document #*

**Sealed documents** Yes _X_ No ____   (see attached addendum)
*If yes, document #*

***Ex parte* documents** Yes ____ No _X_
*If yes, document #*

**Transcripts** Yes _X_ No ____   (see attached addendum)
*If yes, document #*

**Notice of Appeal filed by:** Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

**Appeal from:**

#179 Memorandum and Order, #247 Memorandum and Order, and #297 (Humad) Memorandum and Order

**Other information:**

***Interlocutory Notice of Appeal***   ***This record includes ECF No. 297 from Defendant Humad's case***

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#179, #247, #297 (Humad), and #305

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __305__ filed on __March 21, 2025__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __March 22, 2025__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

**SEALED DOCUMENTS:**

130,157,163,165,186,213,238,260.

**TRANSCRIPTS:**

57,68,105,124,136,145,160,177.

**MOTION(S) PENDING:**

245,246,248,249,251,255,256,257,259,260.