# Exhibit 1

| Occupants & Vehicles<br>KDOT Form 850B page 1 - Rev. 2019 | DRIVER & PASSENGER INFORMATION<br>(record pedestrians on supplemental form 854) | Investigating Officer / Badge No.<br>C.STOKES   2285 | Local Case No.<br>20C010471 | Page of<br>2 / 3 |
|---|---|---|---|---|

| TU# | VIOLATIONS CHARGED | CITATION# | TU# | VIOLATIONS CHARGED | More violations in narrative ☐ | CITATION# |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**OFFICER'S OPINION OF APPARENT CONTRIBUTING CIRCUMSTANCES - ENTER AS MANY AS APPLY TO THIS CRASH (FACTOR TYPE, TU#, CC CODE)**

| D1 | 02 | D1 | 24 |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Unit #<br>Seat Type | DRIVER Last Name<br>DRIVER First Name | Middle Name<br>Date of Birth | DRIVER ADDRESS (Number, Street, Suffix, etc.)<br>City | State | Zip | Personal Phone Number<br>Work Phone Number | Gender<br>Age | SE Used<br>Eject/Trap | Inj Severity<br>Eject Path | Transpt Unit<br>Extrication? |
|---|---|---|---|---|---|---|---|---|---|---|
| TU 01 / ST 01 | ██████ | ██████ | ██████ | ██ | ██ | Personal<br>Work | ██ | S<br>N | N | ☐ |
| TU / ST | | MN / DOB | | New address? ☐ | | Personal<br>Work | | | | ☐ |

| TRAFFIC UNIT# 01 (01, 03, N3, X3, etc) | TRAFFIC UNIT# (02, 04, N2, X4, etc) |
|---|---|

| DL State | Driver's License Number | DL Class | Driving for Employer? | CDL? | DL State | Driver's License Number | DL Class | Driving for Employer? | CDL? |
|---|---|---|---|---|---|---|---|---|---|
| ██ | ████████ | | ☐ | ☐ | | | | ☐ | ☐ |

| 01 | DR LICENSE COMPLY | RESTRICT COMPLY | COMMERCIAL ENDORSEMENTS | | DR LICENSE COMPLY | RESTRICT COMPLY | COMMERCIAL ENDORSEMENTS |
|---|---|---|---|---|---|---|---|
| | 00 Not licensed | Restrictions? N | 1 ☐ 2 ☐ 3 ☐ 4 ☐ | | 00 Not licensed | Restrictions? | 1 ☐ 2 ☐ 3 ☐ 4 ☐ |
| | 01 Valid License | Driver's Lic Complied? | Z - None | | 01 Valid License | Driver's Lic Complied? | Z - None |
| | 02 Suspended | Restrictions Y N | T - Double/Triple Trailer | | 02 Suspended | Restrictions Y N | T - Double/Triple Trailer |
| | 03 Revoked | 1 ☐ ☐ | P - Passenger Vehicle | | 03 Revoked | 1 ☐ ☐ | P - Passenger Vehicle |
| | 04 Expired | | N - Tank Vehicle | | 04 Expired | | N - Tank Vehicle |
| | 05 Cancld or Denied | 2 ☐ ☐ | H - Placarded Haz. Material | | 05 Cancld or Denied | 2 ☐ ☐ | H - Placarded Haz. Material |
| | 06 Disqualified | 3 ☐ ☐ | X - Combination Tank/HazMat | | 06 Disqualified | 3 ☐ ☐ | X - Combination Tank/HazMat |
| | 07 Restricted | | S - School Bus | | 07 Restricted | | S - School Bus |
| | 99 Unknown | 4 ☐ ☐ | U - Unknown | | 99 Unknown | 4 ☐ ☐ | U - Unknown |

**SUBSTANCE USE** (mark all that apply)

| | |
|---|---|
| ☒ AP - Alcohol ingested | ☐ DC - Illegal drugs contributed |
| ☒ AC - Alcohol contributed | ☐ MP - Medication ingested |
| ☐ DP - Illegal drugs ingested | ☐ MC - Medication contributed |

| | |
|---|---|
| ☐ AP - Alcohol ingested | ☐ DC - Illegal drugs contributed |
| ☐ AC - Alcohol contributed | ☐ MP - Medication ingested |
| ☐ DP - Illegal drugs ingested | ☐ MC - Medication contributed |

**METHOD OF DETERMINATION** (mark all that apply)

ALCOHOL / DRUGS

| ☐ 00 No evidence of impairment | ☒ |
| ☐ 01 Evidential Test (Breath,Blood,etc) | ☐ |
| ☐ 02 Preliminary Breath Test PBT | ☐ |
| ☐ 03 Behavioral | ☐ |
| Tests: HGN, walk-and-turn, one leg stand, etc. | |
| ☐ 04 Passive Alcohol Sensor | ☐ |
| (detects alcohol from driver's mouth) | |
| ☒ 05 Observed | ☐ |
| (Odor, staggering, slurred speech, etc) | |
| ☒ 06 Other (e.g. saliva test) | ☐ |

**IMPAIRMENT TEST** (mark all that apply)

| ☐ NG - No Test given |
| ☐ TR - Test Refused (Alcohol/Drug) |
| ☐ PT - Prelim Positive Test (PBT) |
| ☒ TG - Evidentiary Test given |
| ☐ RP - Results pending |

ALCOHOL:
| ☐ Evidentiary Breath 0. | ☐ Eye Fluid 0. |
| ☒ Blood (BAC) 0.171 | ☐ Other 0. |
| Drug screen result ☐ |

**METHOD OF DETERMINATION** (mark all that apply)

ALCOHOL / DRUGS

| ☐ 00 No evidence of impairment | ☐ |
| ☐ 01 Evidential Test (Breath,Blood,etc) | ☐ |
| ☐ 02 Preliminary Breath Test PBT | |
| ☐ 03 Behavioral | ☐ |
| Tests: HGN, walk-and-turn, one leg stand, etc. | |
| ☐ 04 Passive Alcohol Sensor | ☐ |
| (detects alcohol from driver's mouth) | |
| ☐ 05 Observed | ☐ |
| (Odor, staggering, slurred speech, etc) | |
| ☐ 06 Other (e.g. saliva test) | ☐ |

**IMPAIRMENT TEST** (mark all that apply)

| ☐ NG - No Test given |
| ☐ TR - Test Refused (Alcohol/Drug) |
| ☐ PT - Prelim Positive Test (PBT) |
| ☐ TG - Evidentiary Test given |
| ☐ RP - Results pending |

ALCOHOL:
| ☐ Evidentiary Breath 0. | ☐ Eye Fluid 0. |
| ☐ Blood (BAC) 0. | ☐ Other 0. |
| Drug screen result ☐ |

| Unit #<br>Seat Type | PASSENGER Last Name<br>PASSENGER First Name | Middle Name<br>Date of Birth | PASSENGER ADDRESS (Number, Street, Sfx., etc.)<br>City | State | Zip | Personal Phone Number<br>Work Phone Number | Gender<br>Age | SE Used<br>Eject/Trap | Inj Severity<br>Eject Path | Transpt Unit<br>Extrication? |
|---|---|---|---|---|---|---|---|---|---|---|
| TU / ST | | MN / DOB | | New address? ☐ | | Personal / Work | | | | ☐ |
| TU / ST | | MN / DOB | | New address? ☐ | | Personal / Work | | | | ☐ |
| TU / ST | | MN / DOB | | New address? ☐ | | Personal / Work | | | | ☐ |
| TU / ST | | MN / DOB | | New address? ☐ | | Personal / Work | | | | ☐ |

| Transport Unit | EMS Time Notified | Injured taken by: | Transport Unit | EMS Time Notified | Injured taken by: |
|---|---|---|---|---|---|
| EMS Arrived | EMS Time@Hosp | Injured taken to: | EMS Arrived | EMS Time@Hosp | Injured taken to: |

Transport Units: A, B, C, ..., N

# Occupants & Vehicles
850B page 2

| VEHICLE# 01 | SPECIAL DATA | VEHICLE# | SPECIAL DATA | Local Case No. | Page of |
|---|---|---|---|---|---|
| (01, 03, N3, X3, etc) | | (02, 04, N2, X4, etc) | | 20C010471 | 2 / 3 |

**Vehicle 01 owner/occupant section — redacted (blacked out)**

| | OWNER Last Name ("Same" if Driver) | OWNER First Name | Middle Name |
|---|---|---|---|

OWNER ADDRESS (Number, Street)    New address? ☐    Personal Phone

| CITY | ST | ZIP | Work Phone |
|---|---|---|---|

| COLOR | YEAR | MAKE | MODEL | BODY STYLE | ST |
|---|---|---|---|---|---|

| LICENSE PLATE # | County | Exp YR | Removed by: | | MC CCs |
|---|---|---|---|---|---|

VEHICLE IDENTIFICATION NUMBER    Dir of Travel    # Occupants

| Insurance Company | Policy Number | Insurance Company | Policy Number |
|---|---|---|---|

## SPECIAL CONDITIONS FOR TRAFFIC UNITS

**Vehicle 01:** [1] 7  [2]  [3]  [4]  [5]    Odometer    Fire? ☐

**Vehicle 02:** [1]  [2]  [3]  [4]  [5]    Odometer    Fire? ☐

1 Hit & Run  2 Non-Contact  3 Stolen  7 Towed away due to damage
4 Legally Parked  5 Pursued by LE  6 Driverless

## VEHICLE BODY TYPE — 01

LARGE / HEAVY VEHICLE (GCVWR over 10,000lbs)

| 01 Automobile | 10 Single heavy truck >10,000 lbs |
|---|---|
| 02 Motorcycle | 11 Truck & trailer(s) |
| 03 Motor scooter or Moped | 12 Tractor-trailer(s) — Calculated speed at impact |
| 04 Van | 13 Cross country bus |
| 05 Pickup truck <10,001 lbs | 14 School bus — Bus Seat Capacity _____ |
| 06 Sport utility veh - SUV | 15 Transit (city) bus |
| 07 Camper or RV | 16 Other bus |
| 08 Farm machinery | 25 Train — Power Source F |
| 09 All-terrain vehicle - ATV | 88 Other: _____    99 Unknown |

### VEHICLE BODY TYPE (Vehicle 02) — blank

| 01 Automobile | 10 Single heavy truck >10,000 lbs |
|---|---|
| 02 Motorcycle | 11 Truck & trailer(s) |
| 03 Motor scooter or Moped | 12 Tractor-trailer(s) — Calculated speed at impact |
| 04 Van | 13 Cross country bus |
| 05 Pickup truck <10,001 lbs | 14 School bus — Bus Seat Capacity _____ |
| 06 Sport utility veh - SUV | 15 Transit (city) bus |
| 07 Camper or RV | 16 Other bus |
| 08 Farm machinery | 25 Train — Power Source _____ |
| 09 All-terrain vehicle - ATV | 88 Other: _____    99 Unknown |

## VEHICLE USE — 01    VEHICLE DAMAGE — 04

| 01 No special use | 06 Police | 00 None | 04 Destroyed |
|---|---|---|---|
| 02 Taxi / Limo | 07 Ambulance | 01 Damage (minor) | 88 Other: |
| 03 School bus | 08 Fire | 02 Functional | _____ |
| 04 Other bus | 09 Mail/Parcel | 03 Disabling | 99 Unknown |
| 05 Military | 99 Unknown | | |

### VEHICLE USE (Vehicle 02)    VEHICLE DAMAGE

| 01 No special use | 06 Police | 00 None | 04 Destroyed |
|---|---|---|---|
| 02 Taxi / Limo | 07 Ambulance | 01 Damage (minor) | 88 Other: |
| 03 School bus | 08 Fire | 02 Functional | _____ |
| 04 Other bus | 09 Mail/Parcel | 03 Disabling | 99 Unknown |
| 05 Military | 99 Unknown | | |

## DAMAGE LOCATION AREA    VEH. MANU. BEFORE UNSTAB. SIT. — 01

First Impact 12    Major Impact 12

Damage diagram (Vehicle 01): FRONT; cells marked X X X X, 12C, 13, 6C, 6A, 6B, etc.

☒ 14 Undercarriage    ☒ 15 Windshield
☐ 16 Other windows    ☐ 99 Unknown
☐ 17 Entire vehicle damaged
☐ 88 Other: _____

Trailer: Present / Damaged

| 01 Straight/ following road | 11 Stopped awaiting turn |
|---|---|
| 02 Left Turn | 12 Stopped in traf |
| 03 Right Turn | 13 Illegally parked |
| 04 U Turn | 14 Disabled in roadway |
| 05 Passing | 15 Slowing or stopping |
| 06 Changing lanes | 16 Negotiating a curve |
| 07 Avoidance man. | 88 Other: _____ |
| 08 Merging | |
| 09 Parking | |
| 10 Backing | 99 Unknown |

### DAMAGE LOCATION AREA (Vehicle 02)    VEH. MANU. BEFORE UNSTAB. SIT.

First Impact _____    Major Impact _____

Damage diagram (Vehicle 02): FRONT; cells 2, 3A, 3B, 4, 5, 12B, 12C, 13, 6C, 6A, 6B, 11, 10, 9B, 9A, 8, 7.

☐ 14 Undercarriage    ☐ 15 Windshield
☐ 16 Other windows    ☐ 99 Unknown
☐ 17 Entire vehicle damaged
☐ 88 Other: _____

Trailer: Present / Damaged

| 01 Straight/ following road | 11 Stopped awaiting turn |
|---|---|
| 02 Left Turn | 12 Stopped in traf |
| 03 Right Turn | 13 Illegally parked |
| 04 U Turn | 14 Disabled in roadway |
| 05 Passing | 15 Slowing or stopping |
| 06 Changing lanes | 16 Negotiating a curve |
| 07 Avoidance man. | 88 Other: _____ |
| 08 Merging | |
| 09 Parking | |
| 10 Backing | 99 Unknown |

## VEHICLE SEQUENCE OF EVENTS (List up to 4 per unit in the order of occurence)

**Vehicle 01:** [1] 27  [2] 05  [3] 27  [4] 02    ☐ The exact sequence is unknown

**Vehicle 02:** [1]  [2]  [3]  [4]    ☐ The exact sequence is unknown

### NON-COLLISION / COLLISION WITH (Vehicle 01)

| NON-COLLISION | | COLLISION WITH |
|---|---|---|
| 01 Ran off road right | 10 Downhill runaway | 21 Pedestrian |
| 02 Ran off road left | 11 Trailer swing | 22 Motor veh in-transport |
| 03 Crossed centerline | 12 Separation of units | 23 Legally Parked Vehicle |
| 04 Overturn/Rollover | 13 Jackknife | 24 Train |
| 05 Crossed median | 14 Fire | 25 Pedal cycle (bike, etc) |
| 06 Fell/Jumped from veh | 15 Explosion | 26 Animal |
| 07 Thrown or falling object | 16 Immersion in water | 27 Fixed Object |
| 08 Cargo loss or shift | 88 Other event: _____ | 28 Other moveable object |
| 09 Equipment failure (tire, brakes, etc.) | 98 Unknown non-coll. | 99 Unknown object |

### NON-COLLISION / COLLISION WITH (Vehicle 02)

| NON-COLLISION | | COLLISION WITH |
|---|---|---|
| 01 Ran off road right | 10 Downhill runaway | 21 Pedestrian |
| 02 Ran off road left | 11 Trailer swing | 22 Motor veh in-transport |
| 03 Crossed centerline | 12 Separation of units | 23 Legally Parked Vehicle |
| 04 Overturn/Rollover | 13 Jackknife | 24 Train |
| 05 Crossed median | 14 Fire | 25 Pedal cycle (bike, etc) |
| 06 Fell/Jumped from veh | 15 Explosion | 26 Animal |
| 07 Thrown or falling object | 16 Immersion in water | 27 Fixed Object |
| 08 Cargo loss or shift | 88 Other event: _____ | 28 Other moveable object |
| 09 Equipment failure (tire, brakes, etc.) | 98 Unknown non-coll. | 99 Unknown object |

| Crash Narrative<br>KDOT Form 851 - Rev. 2019 | Officer / Witness Statements / Description<br>Additional Information | Investigating Officer / Badge No.<br>C.STOKES        2285 | Local Case No.<br>20C010471 | Page of<br>3 / 3 |
| --- | --- | --- | --- | --- |

AOI:
AOI DETERMINED BY MARKS STATEMENT AND RESTING POINT.


DRIVER STATEMENT:
D1 STATED THAT HE WAS DRIVING AND A TIRE BLEW AND HE LOST CONTROL OF THE VEHICLE. HE BELIEVED HE WAS DRIVING EB TOWARDS ROCK RD.


WITNESSES:
NONE


INJURIES:
NONE


DAMAGES:
STREET SIGN DESTROYED BELONGING TO THE CITY OF WICHITA.

UTILITY POLE DESTROYED BELONGING TO EVERGY.

V1 DESTROYED BY SEVERE FRONT END DAMAGE.


OPINION:
DUE TO THE TIRE TRACKS AND THE DEBRIS TRAIL. IT APPEARED THAT D1 WAS DRIVING WB N E. 29TH AND STRUCK THE RAISED CENTER MEDIAN. HE STRUCK A SIGN AND CONTINUED OVER THE MEDIAN. THE VEHICLE CONTINUED ACROSS 2 LANES OF ON COMING TRAFFIC AND IT APPEARED TO HAVE WENT OVER THE SOUTH CURB AND EITHER STRUCK A UTILITY POLE OR THE POLE GUIDE WIRE AND SNAPPED THE TOP HALF OF THE POLE OFF. THE VEHICLE WAS TOTALED AND TOWED AWAY AND IMPOUNDED VIA KIDDS TOWING.

D1 SMELLED OF ALCOHOL AND APPEARED INTOXICATED. D1 WAS GIVEN SFST, AND BREATH TEST. D1 WAS BOOKED INTO ADF FOR DUI.