**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br><br>Defendant. | No. 1:21-cr-10256-IT |

**STIPULATION**

It is hereby stipulated and agreed, by and between the United States of America through its undersigned counsel, and defendant Kingsley Chin through his undersigned counsel, as follows:

SpineFrontier made all disclosures required by the Sunshine Act of monetary payments made by SpineFrontier or IME to doctors in connection with consulting agreements.

| KINGSLEY CHIN | LEAH B. FOLEY |
|---|---|
| By his attorneys, | United States Attorney |
| /s/ Barry S. Pollack | /s/ Christopher Looney |
| Barry S. Pollack (BBO #642064) | ABRAHAM R. GEORGE |
| Joshua L. Solomon (BBO #657761) | CHRISTOPHER LOONEY |
| POLLACK SOLOMON DUFFY LLP | MACKENZIE A. QUEENIN |
| 31 St. James Avenue, Suite 940 | Assistant U.S. Attorneys |
| Boston, MA 02116 | 1 Courthouse Way |
| (617) 439-9800 | John Joseph Moakley U.S. Courthouse |
| | Boston, MA 02210 |
| | (617) 748-3100 |

Dated: May 9, 2025

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that I caused this document to be filed through the ECF system on May 9, 2025.

_Christopher Looney_
CHRISTOPHER LOONEY