UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                    ) | No. 1:21-cr-10256-IT |
| ) | |
| KINGSLEY R. CHIN                            ) | |
| ) | |
| Defendants                  ) | |

## GOVERNMENT'S WITNESS LIST

The United States respectfully submits this list of witnesses it anticipates calling in its case-in-chief. The United States reserves the right to supplement or amend this list.

1. Androff, Leishi, Centers for Medicare and Medicaid Services Contractor

2. Atwater, John – Vero Beach, FL

3. Autrey, Jeffrey Scott – Rowlett, TX

4. Balzer, John – Kansas City, MO

5. Cook, Sarah – Portsmouth, NH

6. Goldson, Chantal – Dallas, TX

7. Montone, Jason – Lawson, MO

8. Murray, Michael – Bronxville, NY

9. Stull, Robert – Federal Bureau of Investigation

10. Custodian of Records, SpineFrontier, Inc. – Malden, MA

Respectfully submitted,

UNITED STATES OF AMERICA

LEAH B. FOLEY
United States Attorney

*/s/ Mackenzie A. Queenin*
ABRAHAM R. GEORGE
CHRISTOPHER R. LOONEY
MACKENZIE QUEENIN
Assistant U.S. Attorneys

1

## CERTIFICATE OF SERVICE

      I, Mackenzie A. Queenin, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: May 12, 2025                                                */s/ Mackenzie A. Queenin*
                                                                                   Mackenzie A. Queenin