UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KINGSLEY R. CHIN,<br>            Defendant. | )<br>)<br>)  Criminal No. 1:21-cr-10256-IT<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S WITNESS LIST**

Defendant Kingsley Chin submits this list of witnesses he may call in his case-in-chief. Defendant Chin reserves the right to supplement or amend this list.

1. Joseph Aferzon, Portland, CT
2. Steven Anagnost, Tulsa, OK
3. Charles Birchall, Chardon, OH
4. Patrick Callahan, c/o USAO, Boston, MA
5. Jeffrey Carlson, Newport News, VA
6. Kevin Chappuis, Randolph, MA
7. Kingsley Chin, c/o Pollack Solomon Duffy
8. Aliki Collins, Newton, MA
9. Vanessa Dudley, Ft. Lauderdale, FL
10. Josue Gabriel, Columbus, OH
11. Aditya Humad, c/o Fick & Marx
12. Vito Lore, Burlington, MA
13. Daniel Marx, Newton, MA
14. Martin Merritt, Dallas, TX

15. Lesley Olson, Boston, MA

16. Druv Pateder, Reston, VA

17. Jacob Rosenstein, Arlington, TX

18. Joseph Shehadi, Dublin, OH

19. Paul Speidel, Beverly, MA

20. Roger Sung, Colorado Springs, CO

Dr. Chin reserves the right to call in his case-in-chief any witnesses appearing on the government's witness list.

      /s/ *Joshua L. Solomon*
      Barry S. Pollack (BBO #642064)
      Joshua L. Solomon (BBO #657761)
      POLLACK SOLOMON DUFFY
      31 St. James Avenue, Suite 940
      Boston, MA 02116
      (617) 439-9800
      bpollack@psdfirm.com
      jsolomon@psdfirm.com

**Certificate of Service**

  The undersigned certifies that this document, filed on May 13, 2025, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                _/s/ Joshua L. Solomon_