AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America )
v. )     Case No.   21-cr-10256
Kingsley R. Chin )
)
*Defendant* )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:    05/15/2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Barry Pollack
*Printed name of defendant's attorney*

_____
*Judge's signature*

Judge Indira Talwani
*Judge's printed name and title*